UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  MICHAEL J DUNKIRK<br>JULIE A DUNKIRK | CASE NO: 15-24221<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 9/16/2020, I did cause a copy of the following documents, described below,

MOTION TO REOPEN CHAPTER 7 CASE AND AUTHORIZE APPOINTMENT OF CHAPTER 7 TRUSTEE

PROPOSED ORDER

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/16/2020

> /s/ Adam  G  Brief
> Adam  G  Brief   016542000
> Assistant United States Trustee
> OFFICE OF THE UNITED STATES TRUSTEE
> 219 S DEARBORN STREET
> CHICAGO, IL  60604
> 202 503 7104

**UST - EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MICHAEL J DUNKIRK<br>JULIE A DUNKIRK | CASE NO: 15-24221<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 9/16/2020, a copy of the following documents, described below,

MOTION TO REOPEN CHAPTER 7 CASE AND AUTHORIZE APPOINTMENT OF CHAPTER 7 TRUSTEE

PROPOSED ORDER

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/16/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Adam G Brief
OFFICE OF THE UNITED STATES TRUSTEE
219 S DEARBORN STREET
CHICAGO, IL  60604

**UST - EXHIBIT A**

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MICHAEL J DUNKIRK                    JULIE A DUNKIRK                      JULIE DUNKIRK
19137 JANET AVENUE                   245 TALLMAN AVENUE                   2225 W JEFFERSON STREET
LOCKPORT IL 60441                    ROMEOVILLE IL 60446                  JOLIET IL 60435-6547
```

**UST - EXHIBIT A**