UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-24221 |
| | ) | |
| Michael J. Dunkirk and Julie A. Dunkirk, | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE TO REOPEN CHAPTER 7 CASE AND TO AUTHORIZE THE APPOINTMENT OF A CHAPTER 7 TRUSTEE

This matter having come before the Court pursuant to the U.S. Trustee's Motion for Order Reopening Chapter 7 Case and Authorizing the Appointment of a Chapter 7 Trustee (the "Motion"), due notice having been given and no objections having been filed,

IT IS HEREBY ORDERED:

1. The Motion is granted and this case is reopened; and

2. The U.S. Trustee is authorized to appoint a chapter 7 trustee to administer this case.

Enter:

*LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  September 25, 2020

**Prepared by:**

Adam G. Brief, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
Chicago, Illinois  60604
(312) 886-5785