UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 15-24221
In re:  )
MICHAEL J DUNKIRK  )  Chapter: 7
JULIE A DUNKIRK  )
)  Honorable LaShonda Hunt
)
)  Joliet
Debtor(s)  )

## ORDER FOR DISALLOWING CLAIM NUMBER 2 FILED BY QUANTUM3 GROUP, LLC AS AGENT FOR SANDINO FUNDING, LLC

This cause coming to be heard on Trustee's Motion for Objection to the Claim of Quantum3 Group, LLC as agent for Sadino Funding, LLC, Claim Number 2, due notice having been given, and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The Trustee's objection to claim number 2 is sustained in part.

2. Claim Number 2 filed by Quantum3 Group, LLC as agent for Sadino Funding, LLC is disallowed in full for distribution purposes as against the estate of Michael J Dunkirk only.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: February 19, 2021

**Prepared by:**

Cindy M. Johnson
Chapter 7 Trustee
Johnson Legal Group, LLC
140 S. Dearborn Street, Suite 1510
Chicago, Illinois  60603
(312) 345-1306