UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 15-24221
Michael J. and Julie A. Dunkirk )
) Chapter: 7
) Honorable LaShonda Hunt
) Joliet
Debtor(s) )

## ORDER FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised, IT IS HEREBY ORDERED that:

1. the Trustee's compensation and expenses are allowed as follows:

   Trustee's compensation $1,624.31
   Trustee's expenses $7.05

2. Trustee is authorized to pay the above allowed compensation and expenses.

Enter: *LaShonda A. Hunt* (signature)

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: May 07, 2021

**Prepared by:**

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, Illinois 60603